# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN BELL, | ) |
| | ) Civil Action No. 2: 15-cv-0464 |
| Plaintiff, | ) |
| | ) District Judge Arthur J. Schwab |
| v. | ) |
| | ) |
| TORRANCE STATE HOSPITAL, et al | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 626(b)(1)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On April 30, 2015, the magistrate judge issued a Report and Recommendation (ECF No. 2) recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF No. 1) be denied in accordance with 28 U.S.C. § 1915(g) and that this action be dismissed without prejudice to Plaintiff reopening it by paying the full statutory filing fee and administrative filing fees, totaling $400.00. Service of the Report and Recommendation was made, and Plaintiff was advised that written objections to the Report and Recommendation were due by May 18, 2015. To date, Plaintiff has not filed any objections nor has she sought an extension of time in which to do so.

For the same reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED**. Plaintiff is no stranger to the *in forma pauperis* standards, generally, and the "three strike" standards, specifically, and Plaintiff's Complaint fails to establish "imminent danger" as defined under the law.

1

After a de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 20th day of May, 2015,

It is hereby **ORDERED** that Plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF No. 1) is **DENIED**, and this case is **DISMISSED WITHOUT PREJUDICE** to reopening once Plaintiff pays in full the applicable filing fees.

So **ORDERED** this 20th day of May, 2015.

*Arthur J. Schwab* (signature)

Arthur J. Schwab
United States District Judge

cc: DAWN BALL
OL-0342
P.O. Box 180
Muncy, PA 17756
(Via First Class U.S. Mail)